**AFFIDAVIT OF NONPAY**

Now comes **James Ritterspach**, Debtor and the undersigned affiant herein, and for his affidavit, states that he is of sound mind, not under any disability, from personal knowledge, avers and swears as follows:

> I am unemployed and have been unemployed during the sixty-day period before filing my petition. I did not receive any evidence of payment from a regular employer.

Further affiant sayeth naught.

____________________________

James Ritterspach

State of OHIO )<br>
) ss:<br>
LUCAS County )

This day of **February 19, 2026**, before me, a Notary public in and for said County and State of Ohio, personally appeared the above-named **James Ritterspach**, who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

____________________________

Notary Public




SCOTT A. CIOLEK ESQ
NOTARY PUBLIC, STATE OF OHIO
LUCAS COUNTY
My Comm. Has No Expiration Date