**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 26-30313 E** |
| **James Franklin Ritterspach** | * | **JUDGE MARY ANN WHIPPLE** |
| **Debtor** | * | **<u>TRUSTEE'S MOTION FOR EXPEDITED HEARING</u>** |
| | * | |
| | * | |

Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, and moves this Court to schedule an expedited hearing on Trustee's Motion to Dismiss filed March 4, 2026 (Docket No. 13).

The Trustee has concerns about the livestock listed in the debtor's Petition, therefore, time is of the essence. See attached Exhibit "A"

WHEREFORE, the Trustee moves this Court for an expedited hearing on her Motion to Dismiss at the Court's earliest convenience.

Respectfully submitted,

*<u>/s/ Elizabeth A. Vaughan</u>*_______________
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo OH 43604
Telephone (419 255-0675
Fax (419) 255-5950

## CERTIFICATION

This is to certify that on March 4, 2026 a copy of the foregoing Trustee's Motion for Expedited Hearing was mailed by ordinary U.S. Mail or sent electronically as indicated below, to the following:

James Franklin Ritterspach
7754 SR 103
Jenera, OH 45841
Debtor
(Serviced via ordinary US Mail)

Scott A. Ciolek
info@counselor.pro
Attorney for Debtor
(Serviced via ECF)

United States Trustee
ustp.region09@usdoj.gov
(Serviced via ECF)

*/s/ Elizabeth A. Vaughan*________
Elizabeth A. Vaughan
Standing Chapter 13 Trustee

## Inspection Report

R&R Chinchilla Inc

7754 State Route 103
Jenera, OH 45841

EXHIBIT
A

Customer ID: **9130**

Certificate: **31-B-0195**

Site: 001

R&R Chinchilla Inc

Type: FOCUSED INSPECTION

Date: 03-FEB-2026

**3.130** **Direct** **Repeat**

**Watering.**

Water receptacles are continuing to not being kept clean and sanitary. Approximately seven water bottles that provide water access for seven individual chinchillas had a green substance on the interior of the bottles. The water also appeared cloudy in color. Upon further inspection when the bottles were disturbed there was green/brown debris floating throughout water. The licensee stated during the inspection that these water receptacles had not been cleaned since the previous inspection on 21-January-2026. A lack of access to potable water can lead to waterborne diseases, dehydration, or death. Correct by ensuring that all animals are provided water as often as necessary for the health and comfort of the animal. Frequency of watering shall consider age, species, condition, size and type of animal.

**3.132** **Direct**

**Employees.**

There is an insufficient number of adequately trained employees to carry out the level of husbandry practices and care required by the Animal Welfare Act. There is only one full-time person responsible for the care of approximately 363 animals at this facility. The facility did not correct the direct non-compliant item on the previous inspection report dated 1/21/2026 regarding insanitary water receptacles. Additionally, there is a history of numerous non-compliances identified pertaining to the cleaning, sanitation, watering, and veterinary care.

The issues seen are consistent with shortages of personnel. Insufficient personnel can lead to a failure in maintenance of the facility, delayed care for the animals, and unnecessary suffering and health concerns for the animals. The facility must ensure a sufficient number of adequately trained employees are utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under the supervision of an animal caretaker who has a background in animal husbandry or care. Correct by 5-February-2026.

This inspection and exit interview were conducted with the Facility Representative.

Additional Inspectors:

Jonathan Tomkovitch, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK

USDA, APHIS, Animal Care

**Date:** 03-FEB-2026

**Title:** ANIMAL CARE INSPECTOR

**Received by Title:** Facility Representative

**Date:** 03-FEB-2026

USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 03-Feb-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 03-FEB-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000007 | *Chinchilla lanigera* | CHINCHILLA |
| 000007 | **Total** | |