**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**

**Dated: March 6 2026**

Mary Ann Whipple
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In Re: James Franklin Ritterspach** | * | **Case No. 26-30313 W** |
| | * | **Judge Mary Ann Whipple** |
| **Debtor** | * | **Chapter 13** |

**ORDER**

On motion of the Trustee, good cause being shown, and it appearing from the Debtors' schedules that the Debtor(s) have/has an interest in and to certain business known as:

**RandR Chinchilla Inc.**

And further described as follows: equipment, supplies, furniture, inventory, receivables, goodwill and all other assets of Debtor's business, named above, which is subject to the jurisdiction of this Court, it is,

**ORDERED** that James Franklin Ritterspach be, and he hereby are enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein outside the ordinary course of business, without first obtaining leave of this Court.