# PROCEEDING MEMO
# HONORABLE MARY ANN WHIPPLE

In Re: James Franklin Ritterspach

Case No. 26-30313-maw
Chapter 13

Debtor(s)

**HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**

[x] CONTESTED
[ ] UNCONTESTED

**APPEARANCES:**

[ ] Debtor(s)
[x] Atty for Debtor(s): Scott Ciolek (T)
[ ] Atty for Creditor(s)
[x] Trustee: Elizabeth A. Vaughan (T)
[ ] Atty for
[ ] Atty for
[ ] Atty for
[ ] Atty for

---

CONFIRMATION HEARING

[x] HELD
[ ] NOT HELD
[ ] CONTINUED TO: ____________
[ ] AMENDED PLAN DUE: ____________

[ ] **PLAN CONFIRMED** [ ] **AS PROPOSED** [ ] **AS MODIFIED**
[ ] **SUBJECT TO STIPULATION ** SEE COMMENT OF COURT**

[ ] Motion to Dismiss F/C _____Days
[ ] Proof of Insurance to Court and Trustee Due: ___________

[ ] **Payroll Deduction** [ ] Husband [ ] Wife [ ] Direct to Trustee

**COMMENTS OF COURT:**

Moot. Case being dismissed on Trustee's motion.

---

**HEARING DATE:** 07/14/2026

FOR COURT USE ONLY:

[ ] Order Uploaded [ ] Need Order [ ] Return for Action