**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**

**Dated: August 14 2026**

Mary Ann Whipple
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re: James Franklin Ritterspach**<br>**SSN: xxx-xx-6181** | * | **Case No. 26-30313 W** |
| | * | **JUDGE MARY ANN WHIPPLE** |
| **Debtor** | * | **Chapter 13** |

**ORDER**

This matter came on to be heard upon the Motion of the Standing Chapter 13 Trustee to Dismiss for Lack of Ability to Propose a Confirmable Plan, filed on March 4, 2026.

The Court finds that copies of the Motion, as well as a Notice of said Motion directing the Debtor to file a responsive pleading and request for hearing were mailed to the Debtor and Counsel for the Debtor. Further, the Court finds that whereas the Standing Chapter 13 Trustee and Debtor's Counsel appeared at that scheduled hearing, the Debtor was not present.

The Debtor has not proposed a confirmable plan. Plan payments are insufficient to fund the plan.

It is therefore, ***ORDERED*** that this case be and the same is hereby dismissed.

It is ***FURTHER ORDERED*** that the Standing Chapter 13 Trustee refund any remaining funds on hand;

It is ***FURTHER ORDERED*** that the Clerk, United States Bankruptcy Court, serve a notice of this Order upon the Debtor, attorney for the Debtor, the Trustee, and all of the creditors and parties in interest.