United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 26-30313-maw
James Franklin Ritterspach Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3 User: sheym Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: pdf711 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Franklin Ritterspach, 7754 SR 103, Jenera, OH 45841-8904 |
| 28442117 | + | Ag Credit, 602 W. Lytle St., Fostoria, OH 44830-3422 |
| 28442122 | + | Hancock County Auditor, 300 S. Main St., Findlay, OH 45840-3345 |
| 28442127 | + | Prk Ntl Bk, 50 N Third St, Newark, OH 43055-5548 |
| 28442131 | + | Village of Jenera, 318 Dorney Plaza, Room 303, Findlay, OH 45840-3346 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28442118 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 14 2026 21:11:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 28442119 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2026 21:11:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 28442120 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 21:20:05 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28442121 | | Email/Text: eblymiller@fidelitycollections.com | Aug 14 2026 21:11:00 | Fidelity National Collections, 885 S Sawburg Ave Ste 103, ,, Alliance, OH 44601 |
| 28481407 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 21:12:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 28495465 | + | Email/Text: kellis@bbfr.law | Aug 14 2026 21:11:00 | Jason R. Burke, Blackwell, Burke, Fowler & Rossow, P.C., 101 West Ohio Street, Suite 1700, Indianapolis, IN 46204-4201 |
| 28442123 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 21:12:00 | Jefferson Capital Ll, 200 14th Ave E, Sartell, MN 56377-4500 |
| 28442124 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2026 21:19:59 | Jpmcb Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 28442125 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 14 2026 21:12:00 | Ohio Department of Taxation, P.O. Box 2679, Columbus, OH 43270-2679 |
| 28480427 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 14 2026 21:12:00 | Ohio Department of Taxation, Bankruptcy Division, PO Box 530, Columbus, Ohio 43216-0530 |
| 28526358 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 21:20:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 28442128 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 21:20:09 | Syncrony, P.O. Box 71724, Philadelphia, PA 19176-1724 |
| 28495466 | ^ | MEBN | Aug 14 2026 21:08:19 | The Huntington National Bank, Jason R. Burke, Blackwell, Burke, Fowler & Rossow, P.C., 101 West Ohio Street, Suite 1700, Indianapolis, IN 46204-4201 |

| | | | | |
|---|---|---|---|---|
| 28444613 | + | Email/Text: bankruptcy@huntington.com | Aug 14 2026 21:12:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 28442129 | + | Email/Text: bankruptcy@huntington.com | Aug 14 2026 21:12:00 | The Huntington Natl Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 28442130 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 21:20:02 | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AgCredit, Agricultural Credit Association |
| 28442126 | | Philadelphia Insurance, P.O. Box 70251 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com trusteeOHNB5T@ecf.epiqsystems.com |
| John J. Hunter, Jr. | on behalf of Creditor AgCredit Agricultural Credit Association jhunter@agcredit.net, hgates@agcredit.net;dstarner@agcredit.net;sparker@agcredit.net |
| Kenneth M. Richards | on behalf of Creditor AgCredit Agricultural Credit Association krichards@LNLattorneys.com |
| Scott A. Ciolek | on behalf of Debtor James Franklin Ritterspach info@counselor.pro 19977@notices.nextchapterbk.com |

TOTAL: 4

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**

**Dated: August 14 2026**

Mary Ann Whipple
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re: James Franklin Ritterspach**<br>**SSN: xxx-xx-6181** | * | **Case No. 26-30313 W** |
| | * | **JUDGE MARY ANN WHIPPLE** |
| **Debtor** | * | **Chapter 13** |

**ORDER**

This matter came on to be heard upon the Motion of the Standing Chapter 13 Trustee to Dismiss for Lack of Ability to Propose a Confirmable Plan, filed on March 4, 2026.

The Court finds that copies of the Motion, as well as a Notice of said Motion directing the Debtor to file a responsive pleading and request for hearing were mailed to the Debtor and Counsel for the Debtor. Further, the Court finds that whereas the Standing Chapter 13 Trustee and Debtor's Counsel appeared at that scheduled hearing, the Debtor was not present.

The Debtor has not proposed a confirmable plan. Plan payments are insufficient to fund the plan.

It is therefore, ***ORDERED*** that this case be and the same is hereby dismissed.

It is ***FURTHER ORDERED*** that the Standing Chapter 13 Trustee refund any remaining funds on hand;

It is ***FURTHER ORDERED*** that the Clerk, United States Bankruptcy Court, serve a notice of this Order upon the Debtor, attorney for the Debtor, the Trustee, and all of the creditors and parties in interest.